UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRYSTAL ATALLAH,

                Plaintiff,                No. 12-CV-11618

vs.                                                 Hon. Gerald E. Rosen

LAW OFFICES OF
TIMOTHY E. BAXTER, P.C.,

                Defendant.
_____/

## JUDGMENT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on         April 30, 2012

PRESENT:    Honorable Gerald E. Rosen
                         United States District Chief Judge

Defendant Law Offices of Timothy E. Baxter, P.C. having made an Offer of Judgment to Plaintiff Crystal Atallah pursuant to Fed. R. Civ. P. 68, and Plaintiff having accepted Defendant's Offer [*see* Dkt. # 4, "Plaintiff's Acceptance of Defendant's Offer of Judgment"], and the Court being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that JUDGMENT is hereby entered in favor of Plaintiff Crystal Atallah in the amount of One Thousand Four Hundred Six Dollars and Eighty cents ($1,406.80), inclusive of damages and costs.

                                            s/Gerald E. Rosen
                                            Chief Judge, United States District Court

Dated:  April 30, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 30, 2012, by electronic and/or ordinary mail.

                                              s/Ruth A. Gunther
                                              Case Manager