# Exhibit D

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

CRYSTAL ATALLAH,
     Plaintiff,

-vs.-
                              Case No. 2:12-cv-11618-GER-RSW
                              Hon. Gerald E. Rosen
                              Mag. R. Steven Whalen

LAW OFFICES OF TIMOTHY E. BAXTER, P.C.
a Michigan professional corporation,
     Defendant.

---

### AFFIDAVIT OF PLAINTIFF'S COUNSEL

State of Michigan    }
                  }ss
County of Oakland    }

I, Travis L. Shackelford, hereby state under oath that if called to testify in this case, would plead as follows:

1. I am an attorney licensed to practice in the state of Michigan, Connecticut and Texas.

2. I have been licensed to practice law since 2005.

3. My usual and customary hourly rate for work that I perform on this basis is $290.00 per hour.

4. My hourly rate is normal, if not average for an attorney with my experience and background working in Oakland County, Michigan.

5. I have spent 1.5 hours working on this litigation as is broken down on the attached spreadsheet, resulting in our client incurring professional fees of $435.00 for my time.

Further Affiant Saith Not.

                                       Travis L. Shackelford
                                       Attorney for Plaintiff

Subscribed and sworn to before me
this 14 day of May 2012.


*Beverly Alefio Maris*

Notary Public, Oakland County, MI
My commission expires: ___10/2/2012___

| Keeper | Date | Service | Time | Rate | Fees | Cumulative Fees |
|--------|------|---------|------|------|------|-----------------|
| | | **Atallah v The Law Offices of Timothy Baxter** | | | | |
| | | **Accounting of fees and costs** | | | | |
| | | **As of May 2, 2012** | | | | |
| JL | 3/29/2012 | Review of file.  Interview of client.   Received initial docs, created pending files. | 1 | $ 140.00 | $ 140.00 | $ 140.00 |
| ML | 3/29/2012 | Started a CM file | 0.5 | $ 140.00 | $ 70.00 | $ 210.00 |
| JL | 3/30/2012 | timeline, emailed to Client for review, confirmed timeline, updated file in CM, prepared physical file for GN | 1.5 | $ 140.00 | $ 210.00 | $ 420.00 |
| GN | 4/8/2012 | Review Timeline and Case, drafted complaint, updates to systems | 1.75 | $ 300.00 | $ 525.00 | $ 945.00 |
| BM | 4/10/2012 | Efile of complaint and updates to systems | 0.75 | $ 140.00 | $ 105.00 | $ 1,050.00 |
| BM | 4/11/2012 | Summons received, Certify mailed complaint, updates to systems | 0.5 | $ 140.00 | $ 70.00 | $ 1,120.00 |
| BM | 4/18/2012 | Efiled POS, updates to systems | 0.5 | $ 140.00 | $ 70.00 | $ 1,190.00 |
| GN | 4/23/2012 | Reviewed Defendants Offer of Judgment | 0.5 | $ 300.00 | $ 150.00 | $ 1,340.00 |
| BM | 4/25/2012 | Drafted Acceptance of Offer of Judgment | 0.7 | $ 140.00 | $ 98.00 | $ 1,438.00 |
| GN | 4/25/2012 | Review of Draft | 0.3 | $ 300.00 | $ 90.00 | $ 1,528.00 |
| BM | 4/25/2012 | E-filed Offer of Judgment w/court | 0.3 | $ 140.00 | $ 42.00 | $ 1,570.00 |
| BM | 5/1/2012 | Received Judgment, system updates, scanned to GN for review. | 0.3 | $ 140.00 | $ 42.00 | $ 1,612.00 |
| TS | 5/2/2012 | Drafted Motion for Attorney fees and Costs | 1.5 | $ 290.00 | $ 435.00 | $ 2,047.00 |
| LC | 5/2/2012 | Spreadsheet of fees and costs | 0.5 | $ 140.00 | $ 70.00 | $ 2,117.00 |
| | | | | $ 300.00 | $ - | $ 2,117.00 |
| | | | | $ 300.00 | $ - | $ 2,117.00 |
| | | | | $ 300.00 | $ - | $ 2,117.00 |
| | | | | $ 300.00 | $ - | $ 2,117.00 |
| | | | | $ 140.00 | $ - | $ 2,117.00 |

# Exhibit E

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

CRYSTAL ATALLAH,
    Plaintiff,

-vs.-
                       Case No. 2:12-cv-11618-GER-RSW
                       Hon. Gerald E. Rosen
                       Mag. R. Steven Whalen

LAW OFFICES OF TIMOTHY E. BAXTER, P.C.
a Michigan professional corporation,
    Defendant.

_____

## AFFIDAVIT OF PARALEGAL

State of Michigan    }
                 }ss
County of Oakland  }

       I, Brandy Moore, hereby state under oath that if called to testify in this case, would plead as follows:

1. I am a paralegal at the law offices of Nitzkin & Associates, and assisted Gary Nitzkin in the above captioned matter.

2. My usual and customary hourly rate for work that I perform on this basis is $140.00 per hour.

3. My hourly rate is normal, if not average for a paralegal with my experience and background working in Oakland County, Michigan.

4. I have spent 3.05 hours working on this litigation as is broken down on the attached spreadsheet, resulting in our client incurring paralegal fees of $427.00.

Further Affiant Saith Not.

_____
Brandy Moore
Nitzkin & Associates

Subscribed and sworn to before me
this 14th day of May 2012.

JULIE NOEL LAMANNA
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Dec 24, 2015
ACTING IN COUNTY OF Oakland

Notary Public, ~~Oakland~~ Wayne County, MI (acting in Oakland)
My commission expires: 12.24.2015

| Keeper | Date | Service | Time | | Rate | | Fees | | Cumulative Fees |
|---|---|---|---|---|---|---|---|---|---|
| | | Atallah v The Law Offices of Timothy Baxter | | | | | | | |
| | | Accounting of fees and costs | | | | | | | |
| | | As of May 2, 2012 | | | | | | | |
| JL | 3/29/2012 | Review of file.  Interview of client.   Received initial docs, created pending files. | 1 | $ | 140.00 | $ | 140.00 | $ | 140.00 |
| ML | 3/29/2012 | Started a CM file | 0.5 | $ | 140.00 | $ | 70.00 | $ | 210.00 |
| JL | 3/30/2012 | timeline, emailed to Client for review, confirmed timeline, updated file in CM, prepared physical file for GN | 1.5 | $ | 140.00 | $ | 210.00 | $ | 420.00 |
| GN | 4/8/2012 | Review Timeline and Case, drafted complaint, updates to systems | 1.75 | $ | 300.00 | $ | 525.00 | $ | 945.00 |
| BM | 4/10/2012 | Efile of complaint and updates to systems | 0.75 | $ | 140.00 | $ | 105.00 | $ | 1,050.00 |
| BM | 4/11/2012 | Summons received, Certify mailed complaint, updates to systems | 0.5 | $ | 140.00 | $ | 70.00 | $ | 1,120.00 |
| BM | 4/18/2012 | Efiled POS, updates to systems | 0.5 | $ | 140.00 | $ | 70.00 | $ | 1,190.00 |
| GN | 4/23/2012 | Reviewed Defendants Offer of Judgment | 0.5 | $ | 300.00 | $ | 150.00 | $ | 1,340.00 |
| BM | 4/25/2012 | Drafted Acceptance of Offer of Judgment | 0.7 | $ | 140.00 | $ | 98.00 | $ | 1,438.00 |
| GN | 4/25/2012 | Review of Draft | 0.3 | $ | 300.00 | $ | 90.00 | $ | 1,528.00 |
| BM | 4/25/2012 | E-filed Offer of Judgment w/court | 0.3 | $ | 140.00 | $ | 42.00 | $ | 1,570.00 |
| BM | 5/1/2012 | Received Judgment, system updates, scanned to GN for review. | 0.3 | $ | 140.00 | $ | 42.00 | $ | 1,612.00 |
| TS | 5/2/2012 | Drafted Motion for Attorney fees and Costs | 1.5 | $ | 290.00 | $ | 435.00 | $ | 2,047.00 |
| LC | 5/2/2012 | Spreadsheet of fees and costs | 0.5 | $ | 140.00 | $ | 70.00 | $ | 2,117.00 |
| | | | | $ | 300.00 | $ | - | $ | 2,117.00 |
| | | | | $ | 300.00 | $ | - | $ | 2,117.00 |
| | | | | $ | 300.00 | $ | - | $ | 2,117.00 |
| | | | | $ | 300.00 | $ | - | $ | 2,117.00 |
| | | | | $ | 140.00 | $ | - | $ | 2,117.00 |

# Exhibit F

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

CRYSTAL ATALLAH,
    Plaintiff,

-vs.-
                           Case No. 2:12-cv-11618-GER-RSW
                           Hon. Gerald E. Rosen
                           Mag. R. Steven Whalen

LAW OFFICES OF TIMOTHY E. BAXTER, P.C.
a Michigan professional corporation,
    Defendant.

_____

### AFFIDAVIT OF PARALEGAL

State of Michigan    }
                   }ss
County of Oakland   }

        I, Julie LaManna, hereby state under oath that if called to testify in this case, would plead as follows:

1. I am a paralegal at the law offices of Nitzkin & Associates, and assisted Gary Nitzkin in the above captioned matter.

2. My usual and customary hourly rate for work that I perform on this basis is $140.00 per hour.

3. My hourly rate is normal, if not average for a paralegal with my experience and background working in Oakland County, Michigan.

4. I have spent 2.5 hours working on this litigation as is broken down on the attached spreadsheet, resulting in our client incurring paralegal fees of $350.00.

Further Affiant Saith Not.

_____
Julie LaManna

Nitzkin & Associates

Subscribed and sworn to before me
this 10ᵗʰ day of May 2012.

*Beverly Glass Mpou*

Notary Public, Oakland County, MI
My commission expires: ___10/2/2012___

| Keeper | Date | Service | Time | | Rate | | Fees | | Cumulative Fees | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **Atallah v The Law Offices of Timothy Baxter** | | | | | | | | |
| | | **Accounting of fees and costs** | | | | | | | | |
| | | **As of May 2, 2012** | | | | | | | | |
| | | | | | | | | | **Cumulative** | |
| **Keeper** | **Date** | **Service** | **Time** | | **Rate** | | **Fees** | | **Fees** | |
| JL | 3/29/2012 | Review of file.  Interview of client.  Received initial docs, created pending files. | 1 | $ | 140.00 | $ | 140.00 | $ | 140.00 | |
| ML | 3/29/2012 | Started a CM file | 0.5 | $ | 140.00 | $ | 70.00 | $ | 210.00 | |
| JL | 3/30/2012 | timeline, emailed to Client for review, confirmed timeline, updated file in CM, prepared physical file for GN | 1.5 | $ | 140.00 | $ | 210.00 | $ | 420.00 | |
| GN | 4/8/2012 | Review Timeline and Case, drafted complaint, updates to systems | 1.75 | $ | 300.00 | $ | 525.00 | $ | 945.00 | |
| BM | 4/10/2012 | Efile of complaint and updates to systems | 0.75 | $ | 140.00 | $ | 105.00 | $ | 1,050.00 | |
| BM | 4/11/2012 | Summons received, Certify mailed complaint, updates to systems | 0.5 | $ | 140.00 | $ | 70.00 | $ | 1,120.00 | |
| BM | 4/18/2012 | Efiled POS, updates to systems | 0.5 | $ | 140.00 | $ | 70.00 | $ | 1,190.00 | |
| GN | 4/23/2012 | Reviewed Defendants Offer of Judgment | 0.5 | $ | 300.00 | $ | 150.00 | $ | 1,340.00 | |
| BM | 4/25/2012 | Drafted Acceptance of Offer of Judgment | 0.7 | $ | 140.00 | $ | 98.00 | $ | 1,438.00 | |
| GN | 4/25/2012 | Review of Draft | 0.3 | $ | 300.00 | $ | 90.00 | $ | 1,528.00 | |
| BM | 4/25/2012 | E-filed Offer of Judgment w/court | 0.3 | $ | 140.00 | $ | 42.00 | $ | 1,570.00 | |
| BM | 5/1/2012 | Received Judgment, system updates, scanned to GN for review. | 0.3 | $ | 140.00 | $ | 42.00 | $ | 1,612.00 | |
| TS | 5/2/2012 | Drafted Motion for Attorney fees and Costs | 1.5 | $ | 290.00 | $ | 435.00 | $ | 2,047.00 | |
| LC | 5/2/2012 | Spreadsheet of fees and costs | 0.5 | $ | 140.00 | $ | 70.00 | $ | 2,117.00 | |
| | | | | $ | 300.00 | $ | - | $ | 2,117.00 | |
| | | | | $ | 300.00 | $ | - | $ | 2,117.00 | |
| | | | | $ | 300.00 | $ | - | $ | 2,117.00 | |
| | | | | $ | 300.00 | $ | - | $ | 2,117.00 | |
| | | | | $ | 140.00 | $ | - | $ | 2,117.00 | |