UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

CRYSTAL ATALLAH,
    Plaintiff,

-vs.-                                      Case No. 2:12-cv-11618-GER-RSW
                                          Hon. Gerald E. Rosen
                                          Mag. R. Steven Whalen

LAW OFFICES OF TIMOTHY E. BAXTER, P.C.
a Michigan professional corporation,
    Defendant.
_____

## CERTIFICATE OF SATISFIED JUDGMENT

Defendant served Plaintiff with an Offer of Judgment on April 20, 2012, which was accepted by Plaintiff on April 25, 2012. (Doc # 4). This Honorable Court subsequently entered its Opinion and Order Regarding Plaintiff's Motion for Attorney's Fees. (Doc # 13). Defendant's Offer of Judgment and the Court's Opinion and Order Regarding Plaintiff's Motion for Attorney's Fees have been satisfied in full as to the Defendant. Defendant shall have no further obligations concerning the Offer of Judgment or the Court's Opinion and Order Regarding Plaintiff's Motion for Attorney's Fees.

                                          Respectfully submitted,

                                          /s/ Gary Nitzkin
April 10, 2013                        GARY D. NITZKIN  P41155
                                          Michigan Consumer Credit Lawyers
                                          Attorneys for Plaintiff
                                          22142 West Nine Mile Road
                                          Southfield, MI 48034
                                          (248) 353-2882
                                          Fax (248) 353-4840
                                          Email – gnitzkin@creditor-law.com

**Proof of Service**

  I, Gary Nitzkin hereby state that on  4/11/13  , I served a copy of the within pleading upon all counsel as their address appear of record via email using the court's CM/ECF system.

/s/ Gary Nitzkin